| | |
|---|---|
| Susan St. Vincent<br>Legal Officer<br>NATIONAL PARK SERVICE<br>Legal Office<br>P.O. Box 517<br>Yosemite, California  95389<br>Telephone:  (209) 372-0241 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY BALABUCH,<br><br>Defendant. | No.  6:17-MJ-0029-MJS<br><br>MOTION TO CONTINUE INITIAL APPEARANCE; AND ORDER THEREON |

The United States, by and through its representative, Susan St. Vincent, the legal officer for the National Park Service, herby moves the court for an order continuing the Initial Appearance in the above-captioned matter set for May 17, 2017 be continued to June 7, 2017 at 10:00 a.m.  The defendant has conferred with the Office of the Federal Defender and they are in agreement with this request.

Dated:  May 15, 2017                    /S/ Susan St. Vincent_____
                                                      Susan St. Vincent
                                                      Legal Officer
                                                      Yosemite National Park

1

**ORDER**

For good cause shown, the Court ORDERS that the May 17, 2017, Initial Appearance in *U.S. v. Balabuch*, *6:17-MJ-0029-MJS*, is continued to June 7, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 16, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE