| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664<br>Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109<br>Assistant Federal Defender |
| 3 | Office of the Federal Defender<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>MICHAEL BALABUCH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-mj-00029-MJS |
| Plaintiff, | ) | **STIPULATION TO CONTINUE AND SET FOR PLEA AND SENTENCING; ORDER** |
| vs. | ) | |
| MICHAEL BALABUCH, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Michael Balabuch, that the Court vacate his trial date of March 1, 2018, and continue the January 24, 2018 hearing to March 6, 2018 for plea and sentencing.

The parties have reached a resolution in this case, and they are prepared to proceed with a change of plea. Unfortunately, Mr. Balabuch is currently working in Oregon and does not have the means to travel to Yosemite or a local federal courthouse. Mr. Balabuch is confident that within the next several weeks, he should have sufficient funds to travel and resolve his case. Given the circumstances, the parties request that his trial date of March 1, 2018 be vacated and that the Court continue his January 24, 2018 hearing to March 6, 2018 for plea and sentencing.

//

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | McGREGOR W. SCOTT<br>United States Attorney |
| Date: January 17, 2018 |   | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: January 17, 2018 |   | */s/ Hope Alley*<br>HOPE ALLEY<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL BALABUCH |

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 24, 2018 hearing for Michael Balabuch, Case No. 6:17-mj-00029-MJS, is continued to March 6, 2018, at 10:00 a.m. for plea and sentencing and the March 1, 2018 trial date is vacated.

IT IS SO ORDERED.

Dated: January 17, 2018                /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE

Balabuch: Stipulation to Continue