| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | MICHAEL BALABUCH |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-mj-00029-MJS |
| | ) | |
| Plaintiff, | ) | **REQUEST FOR RULE 43 WAIVER FOR** |
| | ) | **PLEA AND SENTENCING AND MOTION** |
| vs. | ) | **TO CONTINUE TO AFTERNOON** |
| | ) | **CALENDAR; ORDER** |
| MICHAEL BALABUCH, | ) | |
| | ) | Hon. Michael J. Seng |
| Defendant. | ) | Date: March 6, 2018 |
| | ) | Time: 2:30 p.m. |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Michael Balabuch, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for plea and sentencing at the March 6, 2018 hearing and that he be allowed to appear by video from the United States District Court in Sacramento. The Government has no objection to this request. This Court, pursuant to Rule 43(b)(2), has the authority to allow Mr. Balabuch to appear by video for plea and sentencing.

Mr. Balabuch is currently working in Nevada City and has limited means with which to travel to Yosemite. The courthouse in Sacramento has indicated that it could accommodate Mr. Balabuch's request if the case is moved to the afternoon calendar and set for 2:30 p.m. Accordingly, Mr. Balabuch respectfully requests that the Court grant a waiver of his right to be personally present and that he be permitted to appear via video from the United States District

Court in Sacramento and that the Court move his hearing to the afternoon calendar to commence at 2:30 p.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: March 1, 2018         */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
MICHAEL BALABUCH

**O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance and to appear via video at the March 6, 2018 change-of-plea hearing in Case No. 6:17-mj-00029-MJS, is hereby accepted and adopted as the order of this Court provided that Defendant make suitable and timely arrangements to appear by video from the United States District Court in Sacramento and docket a signed plea agreement at least 48 hours prior to the hearing. Furthermore, Mr. Balabuch's hearing is moved to 2:30 p.m. on March 6, 2018.

IT IS SO ORDERED.

Dated:  March 1, 2018            /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE